UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JEFFREY LEBLANC,

        Plaintiff,                Case No. 1:15-cv-95

v.                                 Honorable Paul L. Maloney

GREGORY W. RUSSELL,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:  April 8, 2015                /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge